# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3111

_____

FLORIDIANS FOR ECONOMIC
ADVANCEMENT,

      Appellant,

      v.

FLORIDA ELECTIONS
COMMISSION,

      Appellee.

_____

On appeal from Florida Elections Commission.
Nicholas Primrose, Chairman.

November 28, 2023

PER CURIAM.

      AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas D. Fugate, Tallahassee, for Appellant.

Stephanie Cunningham, General Counsel, and Mattie Theresa Clay, Assistant General Counsel, Tallahassee, for Appellee.